UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:99-cr-156-T-23MSS

JOSE FRED JIMINEZ
_____/

## ORDER

On December 12, 2006, the United States Probation Office filed a December 5, 2006, petition for revocation of the defendant's supervised release (Doc. 141).[*] At the hearing on December 21, 2006, Assistant Federal Public Defender Maria Guzman represented the defendant and Assistant United States Attorney Colleen Murphy-Davis represented the United States.

The defendant admits committing the four Grade C violations described in numbered paragraphs one through four of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release, and the defendant's term of supervised release is **REVOKED**. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to ten (10) months of imprisonment with no supervised release to follow.

---

[*] The defendant having pled guilty to count one of an indictment, the court imposed a sentence on November 19, 1999, of seventy-eight months of imprisonment and sixty months of supervised release.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on _December 22ND_, 2006.

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
    United States Probation
    Counsel of Record